BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Lindsay G. Carlson (SBN: 235999)
Autumn E. Lewis (SBN: 295584)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.: 310/ 768-3068
Fax No.: 310/ 719-1019
E-mail: Brian.Takahashi@bowmanandbrooke.com
E-mail: Lindsay.Carlson@bowmanandbrooke.com
E-mail: Autumn.Lewis@bowmanandbrooke.com

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

Benjeman Beck (SBN 268617)
STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
E-mail: bbeck@slpattorney.com

Attorneys for Plaintiff CHI DO

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHI DO,<br><br>            Plaintiff,<br><br>  vs.<br><br>BMW OF NORTH AMERICA, LLC; IRVINE BMW, entity unknown, and DOES 1 through 10, inclusive,<br><br>            Defendants. | **CASE NO.: 2:17-cv-05107 SVW (RAOx)**<br><br>[Assigned to Hon. Stephen V. Wilson]<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: December 5, 2017 |

/ / /

/ / /

/ / /

/ / /

**ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Protective Order with one exception paragraph 20 of the stipulated protective order is hereby stricken.

**IT IS SO ORDERED.**

DATED: 10/5/2017   _____
Hon. Rozella A. Oliver
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I filed the foregoing document entitled **[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/Lindsay G. Carlson*
Lindsay G. Carlson